# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Joel Henry Wetzel, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Daniel L. Brown, Brian Koskovich, | ) | |
| Jeremy Moser, and Corey Lee, | ) | Case No. 1:09-cv-053 |
| | ) | |
| Defendants. | ) | |

On February 19, 2013, plaintiff filed copy of an order issued by the state district court for disclosure of records. Attached to this order were: (1) documents captioned "additional claims;" and copies of his medical records. The court **ORDERS** that attachments at Docket Nos. 60-1 and 60-5 be sealed they contain personal and confidential information, i.e., plaintiff's Social Security Number.

Dated this 20th day of February, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge