**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Joel Henry Wetzel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Daniel Brown, Brian Koskovich, Jeremy | ) | |
| Moser, and Corey Lee, | ) | Case No. 1:09-cv-053 |
| | ) | |
| Defendants. | ) | |

The court previously suspended all pretrial deadlines until all pending discovery issues are

resolves.  The final pretrial conference and trial scheduled for January 6 and 14, 2014, respectively

are cancelled.  Both shall be rescheduled as necessary at a date and time to be determined.

**IT IS SO ORDERED.**

Dated this 27th day of November, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court