# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Joel Henry Wetzel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Daniel Brown, Brian Koskovich, Jeremy Moser, and Corey Lee, | ) | Case No. 1:09-cv-053 |
| | ) | |
| Defendants. | ) | |

Before the court is plaintiff's second motion for reconsideration of the court's order denying his motion to compel a non-party, the North Dakota Bureau of Criminal Investigation, to produce 2 DVDs and 2 VHS tapes. For the reasons previously articulated, the court finds no basis for reversing its order. Plaintiff's motion (Docket No. 127) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 3rd day of June, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court