# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Joel Henry Wetzel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Daniel Brown, Brian Koskovich, Jeremy Moser, and Corey Lee, | ) | Case No.1:09-cv-053 |
| | ) | |
| Defendants. | ) | |

The court shall conduct a conference with the parties by telephone on July 2, 2014, at 3:30 p.m. to discuss, amongst other things, scheduling matters. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 2nd day of July, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court