# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Joel Henry Wetzel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RESCHEDULING FINAL** |
| | ) | **PRETRIAL CONFERENCE AND** |
| vs. | ) | **TRIAL** |
| | ) | |
| Daniel Brown, Brian Koskovich, Jeremy Moser, and Corey Lee, | ) | Case No. 1:09-cv-053 |
| | ) | |
| Defendants. | ) | |

Previously, the court cancelled the trial and final pretrial conference in the above-entitled action with the understanding that they would be rescheduled at a date and time to be determined. In addition, the court extended the deadline for filing dispositive motions until February 15, 2015.

The trial in this action shall be rescheduled for October 13, 2015, at 9:30 a.m. in Bismarck before Judge Hovland. A three (3) day trial is anticipated. The final pretrial conference shall be rescheduled for September 28, 2015, at 2:00 p.m. by telephone before the undersigned. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 27th day of January, 2015.

                                                            */s/ Charles S. Miller, Jr.*
                                                            Charles S. Miller, Jr., Magistrate Judge
                                                            United States District Court