# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Joel Henry Wetzel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Daniel Brown, Brian Koskovich, Jeremy Moser, and Corey Lee, | ) ) | Case No. 1:09-cv-053 |
| | ) | |
| Defendants. | ) | |

The final pretrial conference set for September 28, 2015, shall be reset for September 24, 2015, at 2:00 p.m. by telephone before the undersigned. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 29th day of January, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court