# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Joel H. Wetzel, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Daniel L. Brown, et. al., | ) | Case No. 1:09-cv-053 |
| Defendants. | ) | |

On April 1, 2015, defendants filed a Motion for Summary Judgment, a supporting memorandum, and an affidavit to which they had attached documents identified as Exhibits A through P. Accompanying these documents were "Certificates of Service" in which defense counsel certified that he had sent copies to plaintiff by first class mail.

On April 2, 2015, the court entered an order directing the Clerk's office to seal defendant's Exhibit N–The Dickinson Police Department's Master Incident Report for the incident that had occurred on July 8, 2008–on account of the fact that it contained sensitive personal information, i.e., the birth dates of several individuals.[1]

On April 14, 2015, plaintiff filed a "Motion for Discovery." He asks that the court provide him with a copy of the Exhibit N with all sensitive personal information redacted. However, he presumably has already been served with a copy of Exhibit N by defendants via certified mail. Plaintiff's motion (Docket No. 169) is therefore deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 16th day of April, 2015.

                                                 */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr., Magistrate Judge
                                                 United States District Court

---

[1] Rule 5.2 of the Federal Rules of Civil Procedure provides that documents filed with the court that contain a birth date of an individual be redacted so as to only include the year of the individual's birth. Fed. R. Civ. P. 5.2(a). It further provides that the court may order that a filing be made under seal without redaction. Fed. R. Civ. P. 5.2(d).